**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-0068 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| MARCUS MILTON | MAGISTRATE JUDGE HORNSBY |

## <u>MEMORANDUM RULING</u>

Before the Court is a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) filed by Defendant Marcus Milton ("Milton"). Record Document 101.

"Under Article III of the Constitution, federal courts may adjudicate only actual, ongoing cases or controversies." *Lewis v. Cont'l Bank Corp.*, 494 U.S. 472, 477 (1990) (citation omitted). The "case or controversy" requirement subsists throughout all stages of the case, and a case becomes moot if it no longer presents a case or controversy. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998) (citing *Lewis*, 494 U.S. at 477-78).

According to the Bureau of Prisons ("BOP"), Milton was released from BOP custody on October 1, 2024.[1] Because Milton is no longer in BOP custody serving his term of imprisonment, this Court cannot order any reduction in that sentence of imprisonment. *See United States v. Garrett*, No. 13-CR-0151, 2022 WL 2072856, at *1 (E.D. La. June 9, 2022); *see also United States v. Booker*, 645 F.3d 328, 328 (5th Cir. 2011) (finding that defendant's appeal of the denial of his 18 U.S.C. § 3582(c)(2) motion was moot because

---

[1] *See Inmate Locator*, BOP, https://www.bop.gov/inmateloc.

defendant was no longer in federal prison and defendant did not make any argument that his supervised release should be reduced).[2]

Accordingly, Milton's motion for compassionate release [Record Document 101] is **DENIED AS MOOT**.

**THUS DONE AND SIGNED** this 28th day of April, 2025.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE

---

[2] While Milton is currently on supervised release, his motion does not request any reduction in his term of supervised release. Further, even if Milton had requested a reduction in his term of supervised release, he would be ineligible for a reduction because he has not yet served one year on supervised release. *See* 18 U.S.C. § 3583(e)(1).